IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00462-RBJ

EIGHTH DISTRICT ELECTRICAL PENSION FUND, and
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND,

    Plaintiffs,

v.

STANDARD ELECTRIC COMPANY, a Colorado corporation,
WINDY POINT ELECTRIC COMPANY, and
MARK KULOW, Individually and doing business as Windy Point Electric,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Courtroom Minutes (Doc. No. 42) of Judge R. Brooke Jackson entered on October 7, 2013 it is

ORDERED that final judgment is hereby entered in favor of Plaintiffs, Eighth District Electrical Pension Fund and Trustees of Eighth District Electrical Pension Fund, and against Defendant Mark Kulow, individually and doing business as Windy Point Electric, in the amount of $243,697.51. It is

FURTHER ORDERED that post-judgment interest shall accrue at the current rate of 0.11%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment. It is

FURTHER ORDERED that Plaintiffs, Eighth District Electrical Pension Fund and

Trustees of Eighth District Electrical Pension Fund shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiffs' Complaint and this civil action are DISMISSED with prejudice.

Dated at Denver, Colorado this 9th day of October, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler, Deputy Clerk

Approved:

Judge R. Brooke Jackson