IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00462-RBJ-CBS

EIGHTH DISTRICT ELECTRICAL PENSION FUND, *et al.*,

Plaintiffs and Judgment Creditor,

v.

STANDARD ELECTRIC COMPANY, and
MARK KULOW, d/b/a WINDY POINT ELECTRIC,

Defendants and Judgment Debtors.

---

**ORDER FOR POST-JUDGMENT EXAMINATION
OF DEFENDANT-JUDGMENT DEBTOR MARK KULOW**

---

This matter arises from the motion by Plaintiffs, Eighth District Electrical Pension Fund, *et al.* (the "Pension Fund"), for an order authorizing the post-judgment examination or deposition of Defendant/Judgment Debtor Mark Kulow before the Court or magistrate [ECF No. 77]. Having considered the motion, the Court ORDERS as follows:

The motion is GRANTED and Judgment Debtor Mark Kulow is ORDERED to appear ~~before [the Court] [Magistrate Judge]~~ with requested documents to answer questions concerning property subject to execution, on a date to be cleared with the Court's or magistrate's calendar and coordinated with Mr. Kulow and counsel for the Pension Fund. Counsel for the Pension Fund will specify the documents in a subpoena to be issued after this Order.

> FURTHER ORDERED that counsel may contact chambers 303.844.2117 to select a mutually agreeable date and time on the court's calendar for all involved parties. The examination will take place in the court's jury deliberation room, with accessibility to Magistrate Judge Shaffer as needed.

{11301:974:00493070:}

DATED this __3rd__ day of November, 2015.

BY THE COURT:

_____
~~R. Brooke Jackson~~
~~United States District Judge~~

Craig B. Shaffer
United States Magistrate Judge